IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a BLENDER BOTTLE COMPANY, a Utah limited liability company, and RUNWAY BLUE, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SOLIGT, INC., a New York corporation, and Qifeng Song<br><br>Defendants. | Case No. 1:23-cv-01196-MAD-DJS<br><br>**ORDER GRANTING JOINT STIPULATED DISMISSAL**<br><br>Hon. Mae A. D'Agostino<br>Hon. Daniel J. Stewart |

Having reviewed the Parties' Joint Stipulated Dismissal with Prejudice, the Court, for good cause appearing, hereby GRANTS the Parties Joint Stipulated Dismissal with Prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED**.

Dated:  May 20 , 2024

_____
Honorable Mae A. D'Agostino
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROVE BRANDS, LLC d/b/a BLENDER BOTTLE COMPANY, a Utah limited liability company, and RUNWAY BLUE, LLC, a Utah limited liability company,<br><br>    Plaintiffs,<br><br> v.<br><br>SOLIGT, INC., a New York corporation, and Qifeng Song<br><br>    Defendants. | Case No. 1:23-cv-01196-MAD-DJS |

**<u>JOINT STIPULATED DISMISSAL WITH PREJUDICE</u>**

  Plaintiff Trove Brands, LLC d/b/a the BlenderBottle Company and Runway Blue LLC, ("Plaintiffs") and Defendants Soligt, Inc. and Qifeng Song. ("Defendants") jointly stipulate and respectfully request that the Court dismiss with prejudice all claims, counterclaims, and defenses in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as per the Settlement Agreement entered by the parties, with each party bearing its own costs, attorneys' fees, and expenses.

                                   Respectfully submitted,

                                   KNOBBE, MARTENS, OLSON & BEAR, LLP

May 14, 2024                      By:*/s/ Jacob R. Rosenbaum*
                                   Ali S. Razai (*pro hac vice*)
                                   Jacob R. Rosenbaum (*pro hac vice*)
                                   Christian Davis Boettcher (*pro hac vice*)
                                   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
                                   2040 Main Street, Fourteenth Floor
                                   Irvine, CA 92614
                                   Phone: (949) 760-0404
                                   Facsimile: (949) 760-9502
                                   ali.razai@knobbe.com
                                   jacob.rosenbaum@knobbe.com
                                   christian.boettcher@knobbe.com

                                   Inzer Ni (#5613641)
                                   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
                                   1155 Avenue of the Americas, 24th Floor
                                   New York, NY 10036
                                   Telephone: (212) 849-3000
                                   Facsimile: (212) 849-3001
                                   Inzer.Ni@knobbe.com

                                 Counsel for Plaintiffs TROVE BRANDS, LLC d/b/a THE BLENDERBOTTLE COMPANY and RUNWAY BLUE, LLC


                                 TARTER KRINSKY & DROGIN LLP

May 14, 2024                      By:*/s/ Eliezer Lekht*
                                   Eliezer Lekht (#703468)
                                   Tarter Krinsky & Drogin LLP
                                   1350 Broadway
                                   New York, New York 10018
                                   Tel.: (212) 216-8000
                                   Email: elekht@tarterkrinsky.com

Q                                          Counsel for Defendant, Soligt, Inc.